AO 10
Rev. 1/2018

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2017

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)<br><br>Hegarty, Michael E. | 2. Court or Organization<br><br>U.S. District Court, District of Colorado | 3. Date of Report<br><br>05/09/2018 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>Full-time Magistrate Judge | 5a. Report Type (check appropriate type)<br><br>☐ Nomination    Date<br>☐ Initial    ☑ Annual    ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2017<br>to<br>12/31/2017 |

**7. Chambers or Office Address**

Alfred A. Arraj U.S. Courthouse
901 19th Street
Denver, CO 80294

***IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hegarty, Michael E. | 05/09/2018 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Colorado Bar Association | 10/7/2017 | Vail, Colorado | Teach at a Colorado Bar Association Employment Law conference | Travel & Lodging |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hegarty, Michael E. | 05/09/2018 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hegarty, Michael E. | 05/09/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Ally Bank | A | Interest | J | T | | | | | |
| 2. MDS Energy Development Program 2016 | | None | J | U | | | | | |
| 3. MDS Energy Development Program 2017 | | None | K | U | Buy | 12/29/17 | K | | |
| 4. Wells Fargo Checking | A | Interest | J | T | | | | | |
| 5. Apple Common Stock | A | Dividend | K | T | | | | | |
| 6. Eqis Investment Corp. Aggressive Allocation | C | Dividend | M | T | | | | | |
| 7. DC ## 4-11 Wells Fargo Accounts | A | Interest | J | T | | | | | |
| 8. Phillips Edison Grocery Centeri REIT II | C | Int./Div. | L | T | | | | | |
| 9. Cole Capital Credit Property Trust IV, Inc. REIT | C | Int./Div. | L | T | | | | | |
| 10. Retirement Phillips Edison ARC Shopping Cntr REIT | C | Int./Div. | L | T | | | | | |
| 11. [   ] Retirement Phillips Edison ARC Shopping Cntr REIT | B | Int./Div. | K | T | | | | | |
| 12. [   ] Retirement Eqis Aggressive Eqity IRA | A | Int./Div. | J | T | Buy | 04/17/17 | J | | |
| 13. RetirementFS Investment Corporation II | B | Int./Div. | L | T | | | | | |
| 14. Nationwide Annuity | A | Dividend | L | T | | | | | |
| 15. Steadfast REIT | A | Dividend | K | T | | | | | |
| 16. Hamilton Point REIT | A | Dividend | L | T | | | | | |
| 17. Moody National REIT II | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hegarty, Michael E. | 05/09/2018 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Inherited IRA Edward Jones AT&T Stock | A | Int./Div. | | | Sold | 03/29/17 | J | A | |
| 19. Inherited IRA Edward Jones Duke Energy Corp. Stock | A | Int./Div. | | | Sold | 03/29/17 | J | A | |
| 20. Inherited IRA Edward Jones General Mills Inc. Stock | A | Int./Div. | | | Sold | 03/29/17 | J | A | |
| 21. Inherited IRA Edward Jones Illinois Tool Works Inc. Stock | A | Int./Div. | | | Sold | 03/29/17 | J | A | |
| 22. Inherited IRA Edward Jones Capital Income Builder Fund Class A | A | Int./Div. | | | Sold | 03/29/17 | J | A | |
| 23. Inherited IRA Edward Jones Income Fund of America Fund Class A | A | Int./Div. | | | Sold | 03/29/17 | J | A | |
| 24. Inherited IRA Edward Jones Berkshire Hathaway Inc. Del. Class B | A | Int./Div. | | | Sold | 03/29/17 | J | A | |
| 25. Inherited IRA Edward Jones Johnson Controls Inc. Stock | A | Int./Div. | | | Sold | 03/29/17 | J | A | |
| 26. Inherited IRA Edward Jones Royal Dutch Shell PLC Stock | A | Int./Div. | | | Sold | 03/29/17 | J | A | |
| 27. Inherited IRA Edward Jones US Bancorp Stock | A | Int./Div. | | | Sold | 03/29/17 | J | A | |
| 28. Inherited IRA Edward Jones Ishares Dow J US Tech. Sect. Indx Fd | A | Int./Div. | | | Sold | 03/29/17 | J | A | |
| 29. Inherited IRA Edward Jones Ishares DJ US Healthcare Sector Fd | A | Int./Div. | | | Sold | 03/29/17 | J | A | |
| 30. Inherited IRA Edward Jones Bond Fund of America Class A | A | Int./Div. | | | Sold | 03/29/17 | J | A | |
| 31. Inherited IRA Edward Jones Capital World Bond Fund | A | Int./Div. | | | Sold | 03/29/17 | J | A | |
| 32. Inherited IRA Edward Jones CBA Aggressive Growth Fund Class A | A | Int./Div. | | | Sold | 03/29/17 | J | A | |
| 33. Inherited IRA Edward Jones Columbia Smallcap Value Fund Class A | A | Int./Div. | | | Sold | 03/29/17 | J | A | |
| 34. Inherited IRA Edward Jones Fundamental Investors Fund | A | Int./Div. | | | Sold | 03/29/17 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hegarty, Michael E. | 05/09/2018 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Inherited IRA Edward Jones Growth Fund of America Class A | A | Int./Div. | | | Sold | 03/29/17 | J | A | |
| 36. Inherited IRA Edward Jones Harbor Cap'l Apprec. Fund Investr Cl | A | Int./Div. | | | Sold | 03/29/17 | J | A | |
| 37. Inherited IRA Edward Jones Harbor Int'l Fund Investor Class | A | Int./Div. | | | Sold | 03/29/17 | J | A | |
| 38. Inherited IRA Edward Jones Invesco Comstock Fund Cl A | A | Int./Div. | | | Sold | 03/29/17 | J | A | |
| 39. Inherited IRA Edward Jones MFS Int'l New Discovery Fund Cl I | A | Int./Div. | | | Sold | 03/29/17 | J | A | |
| 40. Inherited IRA Edward Jones MFS Value Fund CL I | A | Int./Div. | | | Sold | 03/29/17 | J | A | |
| 41. Inherited IRA Edward Jones Mutual Global Discovery Fund Cl A | A | Int./Div. | | | Sold | 03/29/17 | J | A | |
| 42. Inherited IRA Edward Jones New World Fund Class A | A | Int./Div. | | | Sold | 03/29/17 | J | A | |
| 43. Smart Stop Storage REIT Inherited IRA | A | Int./Div. | K | T | Buy | 03/29/17 | K | | |
| 44. Moody National REIT II Inherited IRA | A | Int./Div. | K | T | Buy | 03/29/17 | K | | |
| 45. HMS Income Fund Inherited IRA | A | Int./Div. | K | T | Buy | 03/29/17 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hegarty, Michael E. | 05/09/2018 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Michael E. Hegarty**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544